UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------

COREY SIMMONS,

                          Plaintiff,

      -v-                                  9:11-CV-753
                                                  (DNH/ATB)

NORMAN BEZIO, Superintendent,[1] Great
Meadow Correctional Facility; CHARLES
KELLY, Deputy Superintendent of Security,
Great Meadow Correctional Facility; J.
LINDSTRAND, Deputy Superintendent of
Administration, Great Meadow Correctional
Facility; TAYLOR, Correctional Guard, Great
Meadow Correctional Facility; and  S.
WOODWORTH, Grievance Supervisor, Great
Meadow Correctional Facility,

                        Defendants.

-------------------------------

APPEARANCES:                                 OF COUNSEL:

COREY SIMMONS
Plaintiff Pro Se
26 South Swan Street
Albany, NY 12210

HON. ERIC T. SCHNEIDERMAN            KRISTA A. ROCK, ESQ.
Attorney General for the State of New York     Assistant Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

---

[1] The Clerk is directed to amend the caption to correctly spell "Superintendent."

## **DECISION and ORDER**

Plaintiff brought this action pursuant to 42 U.S.C. § 1983. On June 21, 2012, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised, by Report-Recommendation, that defendants' motion for summary judgment be granted and the complaint be dismissed in its entirety, and that defendants' letter motion seeking summary judgment based on plaintiff's failure to provide his current address be denied as moot. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. 636(b)(1).

Therefore it is

ORDERED that

1. Defendants' motion for summary judgment, Dkt. No. 21, is GRANTED and the complaint is DISMISSED in its entirety; and

2. Defendants' letter motion seeking summary judgment, Dkt. No. 25, based on plaintiff's failure to provide his current address is DENIED as moot.

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 26, 2012
       Utica, New York.